UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK VERNON COLE,<br><br>           Plaintiff(s),<br><br>vs.<br><br>ALLIED INTERSTATE LLC, et al.,<br><br>           Defendant(s). | Case No. 2:16-cv-02487-JCM-NJK<br><br>ORDER<br><br>(Docket No. 3) |

Pending before the Court is Plaintiff's *ex parte* motion, which the Court construes as a motion to expedite a ruling on Plaintiff's application to proceed *in forma pauperis*. Docket No. 3. Concurrently herewith, the Court is issuing a ruling on that application. Accordingly, the *ex parte* application is DENIED as moot.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge